IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          5:89cr5014-WS

IVORY JOE PRUITT,                                                            5:05cv97-WS

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (doc. 129) docketed May 9, 2005.  The magistrate judge recommends that the defendant's motions to take judicial notice (doc. 127) and to correct clerical mistakes (doc. 128) be dismissed.  The defendant has filed objections (doc. 130) to the report and recommendation.

     Upon review of the record, the court has determined that the magistrate judge's report and recommendation must be adopted.

     Accordingly, it is ORDERED:

     1. The magistrate judge's report and recommendation (doc. 129) is adopted and incorporated by reference in this order of the court.

2. The defendant's motions to take judicial notice (doc. 127) and to correct clerical mistakes (doc. 128) are hereby summarily DISMISSED as leave for filing a second or successive section 2255 motion has not been authorized by the court of appeals.

3. The clerk shall enter judgment accordingly and shall close Case No. 5:05cv97-WS.

DONE AND ORDERED this June 1, 2005.

/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE