IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  5:89cr5014-WS

IVORY JOE PRUITT,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 137) docketed September 7, 2006.  The magistrate judge recommends that the defendant's "Motion to Void a Complete Miscarriage of Justice" (doc. 133), "Motion for This Court to Take Judicial Notice" (doc. 135), and "Motion for This Court to Entertain and Hear This Jurisdictional 'Void-for-Vagueness' Question" (doc. 136) be summarily dismissed.  The defendant has filed objections (doc. 138) to the report and recommendation.

      Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 137) is adopted and incorporated by reference in this order of the court.

2.  The defendant's "Motion to Void a Complete Miscarriage of Justice" (doc. 133), "Motion for This Court to Take Judicial Notice" (doc. 135), and "Motion for This Court to Entertain and Hear This Jurisdictional 'Void-for-Vagueness' Question" (doc. 136) are hereby summarily DISMISSED because leave for filing a second or successive section 2255 motion has not been granted by the court of appeals.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this   29th   day of   September  , 2006.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE