UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          5:89cr5014-WS

IVORY JOE PRUITT,

       Defendant.

_____

<u>ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE</u>

Before the court is the defendant's motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). Doc. 141. The defendant, Ivory Joe Pruitt ("Pruitt"), seeks a reduction in his sentence pursuant to United States Sentencing Guidelines Amendment 706. Amendment 706, which reduced the guideline sentencing range for certain categories of offenses involving cocaine base, was made retroactive effective March 3, 2008.

The government has responded (doc. 143) in opposition to Pruitt's motion, correctly stating that Pruitt is not entitled to a sentence reduction under Amendment 706 because his guideline sentencing range has not been lowered by Amendment 706. Pruitt has replied to the government's response but has failed to establish that he is entitled to a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2).

Accordingly, it is ORDERED:

Pruitt's motion for reduction in sentence (doc. 141) is DENIED.

DONE AND ORDERED this <u>   21st   </u> day of <u>   July   </u>, 2008.


<u>s/ William Stafford                                 </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE